IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| Civil Action: 14-cv-03508-CMA-CBS | Date: March 31, 2015 |
| Courtroom Deputy: Amanda Montoya | FTR – Reporter Deck-Courtroom A402 |

*Parties:*                                                             *Counsel:*

KATHRYN TOMSTAD, *et al.,*                      Brian Matise
                                                                              L. Daniel Rector
                                                                              Nelson Boyle

Plaintiff,

v.

THE CITY OF COLORADO SPRINGS,         David DeMuro
                                                                              Shane White
                                                                              Gordon Vaughan

Defendant.

---

## COURTROOM MINUTES/MINUTE ORDER

**HEARING:  RULE 16(b) SCHEDULING CONFERENCE**
**Court in session: 09:58 a.m.**
Court calls case.  Appearances of counsel.  Julie Zehner and Kandi Anthony from the City of Colorado Springs are present with defense counsel.

Discussion regarding *MOTION [25] to Stay Discovery on Liability* and proposed deadlines.

**10:21 a.m.**     Court in recess.
**10:34 a.m.**     Court in session.

**ORDERED:**   *MOTION [25] to Stay Discovery on Liability* is **GRANTED in part and DENIED in part.**  It is granted to the extent it seeks to stay discovery that may prove unnecessarily expensive and burdensome.  The court issues a **STAY** on all depositions and expert disclosures related to liability.  The stay will remain in place until the pending motion to dismiss is fully briefed.  The motion is denied to the extent it seeks to stay written discovery on liability.

Each side shall be limited to **25** interrogatories and **25** requests for production.

**Counsel may not file any OPPOSED discovery motions without leave of court.  Counsel are instructed that should a discovery dispute arise they are to comply with Local Rule 7.1A. in an effort to resolve the issues.  If that is unsuccessful, counsel shall establish a conference call adding Magistrate Judge Shaffer as the last connection.  The Court will hear arguments and attempt to mediate a resolution. The Court will instruct counsel at that time as to whether or not to file a discovery motion.**

Hearing concluded.

**Court in recess: 11:04 a.m.**
 Total time in court:     00:53

To order transcripts of hearings please contact Avery Woods Reporting at (303) 825-6119.