**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 14-cv-03508-CMA-CBS

KATHRYN ROMSTAD, and
MARGARETHE BENCH,

    Plaintiffs,

v.

THE CITY OF COLORADO SPRINGS, a municipal corporation, and in its capacity as a governmental enterprise doing business as memorial health system,

    Defendant.

## FINAL JUDGMENT

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Order Granting Defendant's Motion to Dismiss of Judge Christine M. Arguello entered on August 10, 2015 it is

ORDERED that, Defendant's Motion to Dismiss filed March 10, 2015, [23], is granted.  It is

FURTHER ORDERED that, there is no just reason for delay of entry of final judgment in favor of The City of Colorado Springs and against Kathryn Romstad and Margarethe Bench.  It is

FURTHER ORDERED that Defendant The City of Colorado Springs shall have their costs by the filing of a Bill of Costs with the Clerk of this Court within fourteen (14) days of entry of judgment, and pursuant to the procedures set forth in Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1

DATED August 11, 2015

FOR THE COURT:
JEFFREY P. COLWELL, CLERK

By: s/ V. Barnes

V. Barnes
Deputy Clerk